DICKINSON WRIGHT PLLC
JUSTIN J. BUSTOS
Nevada Bar No. 10320
BROOKS T. WESTERGARD
Nevada Bar No. 14300
100 W. Liberty St., Ste. 940
Reno, NV 89501
(775) 343–7500
(844) 670-6009
Email: jbustos@dickinson-wright.com
Email: bwestergard@dickinson-wright.com

BRAUNHAGEY & BORDEN LLP
ANDREW LEVINE *(pro hac vice forthcoming)*
MATTHEW BORDEN *(pro hac vice forthcoming)*
DAVID KWASNIEWSKI (*pro hac forthcoming)*
351 California Street, 10th Floor
San Francisco, CA 94104
Tel: (415) 599-0210
Email: Levine@braunhagey.com
Email: borden@braunhagey.com
Email: Kwasniewski@braunhagey.com

*Attorneys for Defendant Nature's Bakery, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TURKIYE IHRACAT KREDI BANKASI, A.S.,<br><br>Plaintiff,<br><br>vs.<br><br>NATURE'S BAKERY, LLC F/K/A BELLA FOUR BAKERY, INC.,<br><br>Defendant. | Case No. 3:20-cv-00330-LRH-CLB |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
**(First Request)**

Defendant Nature's Bakery, LLC, and Plaintiff Turkiye Ihracat Kredi Bankasi, A.S., by and through their respective counsel of record, stipulate and agree as follows:

1. Plaintiff filed its Complaint (ECF No. 1) on June 4, 2020.

2. The parties dispute the date of service. Plaintiff filed a sworn to Proof of Service that indicates Defendant was served on June 8, 2020 (ECF No. 10). Assuming service occurred on June 8, 2020, the deadline to respond to the Complaint was June 29, 2020.

3. Defendant, on the other hand, contends that service did not occur until June 10, 2020. Assuming service occurred on June 10, 2020, the deadline for Defendant to respond to the Complaint is July 1, 2020.

4. On June 29, 2020, Defendant's counsel requested additional time to respond to Plaintiff's Complaint because Nevada counsel has only recently been retained and counsel needs additional time to fully research and evaluate the factual allegations in the Complaint before filing Defendant's response to the Complaint.

5. On June 30, 2020, Defendant's counsel provided Plaintiff's counsel with an initial draft of this stipulation. Through this process, the parties learned about the dispute regarding the date of service.

6. On July 1, 2020, counsel for the parties further conferred about Defendant's request for an extension of time and Plaintiff agreed to Defendant's request subject to an agreeable stipulation filing.

7. It is Defendant's position that this Stipulation is timely filed based on a June 10, 2020, date of service.

8. However, assuming *arguendo* that service occurred on June 8, 2020, Defendant respectfully submits that it has demonstrated excusable neglect by not submitting this stipulation by June 29, 2020. *See* LR IA 6-1.

9. In light of the circumstances, the parties stipulate that Defendant may have up to and including July 15, 2020, to respond to the Complaint.

10. This stipulation is being filed in good faith for the reasons stated above and not for the purpose of delay.

11. This is the first stipulation between Plaintiff and Defendant to extend the time for responding to the Complaint.

Dated this 1st day of July, 2020.

DICKINSON WRIGHT PLLC

/s/ Justin J. Butos
JUSTIN J. BUSTOS
Nevada Bar No. 10320
BROOKS T. WESTERGARD
Nevada Bar No. 14300
100 W. Liberty St., Ste. 940
Reno, NV 89501
(775) 343–7500
(844) 670-6009
jbustos@dickinson-wright.com
bwestergard@dickinson-wright.com

BRAUNHAGEY & BORDEN LLP
ANDREW LEVINE
*(pro hac vice forthcoming* )
MATTHEW BORDEN
*(pro hac vice forthcoming)*
DAVID KWASNIEWSKI
*(pro hac vice forthcoming)*
351 California Street, 10th Floor
San Francisco, CA 94104
Levine@braunhagey.com
borden@braunhagey.com
Kwasniewski@braunhagey.com
Tel: (415) 599-0210

*Attorneys for Defendant Nature's Bakery, LLC*

Dated this 1st day of July, 2020.

BLUESTONE LAW, LTD.

/s/ Gabriel T. Bluestone
GABRIEL T. BLUESTONE *(pro hac vice)*
M. ZACHARY BLUESTONE *(pro hac vice)*
1717 K Street NW, Suite 900
Washington, D.C. 20006
(202) 655-2250
gtb@bluestonelaw.com
mzb@bluestonelaw.com

ERICKSON, THORPE & SWAINSTON, LTD.
JOHN C. BOYDEN
Nevada Bar No. 3917
99 West Arroyo Street
Reno, Nevada 89505
(775) 786-3930
jboyden@etsreno.com

*Attorneys for Plaintiffs Turkiye Ihracat Kredi Bankasi, A.S.*

***

**IT IS SO ORDERED**:

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: July 2, 2020

**CERTIFICATE OF SERVICE**

I certify that I am an employee of DICKINSON WRIGHT, PLLC and that on this date, pursuant to Federal Rule of Civil Procedure 5(b), I am serving a true and correct copy of the attached **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** on the parties as set forth below:

**XXX** CM/ECF Electronic Notification addressed as follows:

John C. Boyden
ERICKSON, THORPE
& SWAINSTON, LTD.
99 West Arroyo Street
Reno, Nevada 89505
jboyden@etsreno.com

Gabriel T. Bluestone
M. Zachary Bluestone
BLUESTONE LAW, LTD.
1717 K Street NW, Suite 900
Washington, D.C. 200006
gtb@bluestonelaw.com
mzb@bluestonelaw.com

DATED this 1st day of July, 2020.

/s/ Cindy S. Grinstead
An Employee of DICKINSON WRIGHT PLLC