1
2
3
4
5
6
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
7

8                                                    Case # 3:20-cv-00330-LRH-CLB

9  TURKIYE IHRACAT KREDI BANKASI,

10          Plaintiff(s),                            **VERIFIED PETITION FOR**
                                                     **PERMISSION TO PRACTICE**
                                                     **IN THIS CASE ONLY BY**
11      vs.                                          **ATTORNEY NOT ADMITTED**
                                                     **TO THE BAR OF THIS COURT**
12  NATURE'S BAKERY, LLC F/K/A                       **AND DESIGNATION OF**
    BELLA FOUR BAKERY, INC.,                         **LOCAL COUNSEL**
13
            Defendant(s).
14  _____                 FILING FEE IS $250.00

15

16  _____David Kwasniewski_____, Petitioner, respectfully represents to the Court:
              (name of petitioner)
17
        1.      That Petitioner is an attorney at law and a member of the law firm of
18
    _____BRAUNHAGEY & BORDEN LLP_____
19                                    (firm name)

20  with offices at _____351 California Street, 10th Floor_____,
                                          (street address)
21
    _____San Francisco_____, _____California_____, ____94104____,
22              (city)                              (state)                    (zip code)

23  _____(415) 599-0210_____, _____Kwasniewski@braunhagey.com_____.
        (area code + telephone number)              (Email address)
24
        2.      That Petitioner has been retained personally or as a member of the law firm by
25
    _____Nature's Bakery, LLC_____ to provide legal representation in connection with
26              [client(s)]

27  the above-entitled case now pending before this Court.

28                                                                              Rev. 5/16

3.     That since _____1/13/2012_____, Petitioner has been and presently is a
                          (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                        (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of California | 01/13/2012 | 281985 |
| U.S. District Court, Northern District of CA | 04/06/2015 | 281985 |
| U.S. District Court, Eastern District of CA | 05/24/2017 | 281985 |
| U.S. District Court, Central District of CA | 12/5/2013 | 281985 |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.     That Petitioner is a member of good standing in the following Bar Associations.

CA Bar Association

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4    _____
                                    Petitioner's signature

     STATE OF _____California_____ )

5                                                  )
     COUNTY OF ____San Francisco___ )

6

7    ____David Kwasniewski____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9    _____
                                    Petitioner's signature

10   Subscribed and sworn to before me this

11

12   _____day of_____, _____.

13   _____
                    Notary Public or Clerk of Court

14

15

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
                 THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

     believes it to be in the best interests of the client(s) to designate _____Justin J. Bustos_____,

19                                                                      (name of local counsel)
     Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action. The address and email address of

21   said designated Nevada counsel is:

22

23   ____DICKINSON WRIGHT PLLC, 100 W. Liberty Street, Suite 940____,
                              (street address)

24   _____Reno_____, _____Nevada_____, ____89501____,
              (city)                    (state)              (zip code)

25

26   ____(775) 343-7500____, ____jbustos@dickinsonwright.com____.
     (area code + telephone number)        (Email address)

27

28                                    4                          Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.
4
5  APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL
6
7  The undersigned party(ies) appoint(s) _____ Justin J. Bustos _____ as
8  his/her/their Designated Resident Nevada Counsel in this case.   (name of local counsel)
9
10  _____
      (party's signature)
11
      Nature's Bakery, Inc.
12    (type or print party name, title)
13
      _____
      (party's signature)
14
15    Joseph Marshall , CFO
      (type or print party name, title)
16
17  CONSENT OF DESIGNEE
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18
19
20  Designated Resident Nevada Counsel's signature
21  10320                     jbustos@dickinsonwright.com
    Bar number                Email address
22
23  APPROVED:
24
    Dated: this _____ day of _____, 20___.
25
26  UNITED STATES DISTRICT JUDGE
27
28                    5                         Rev. 5/16

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California       )
County of Contra Costa )

Subscribed and sworn to (or affirmed) before me on this  31  day of  July  , 20 20 , by
David  Kwasniewski
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS my hand and official seal.

Lisa M. Salvetti
Notary Public, State of California

LISA M. SALVETTI
Notary Public - California
Contra Costa County
Commission # 2247045
My Comm. Expires Jul 19, 2022

_____**OPTIONAL**_____

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____         Number of Pages ____
Signer(s) Other Than Named Above: _____

**Capacit(ies) Claimed by Signer(s)**
Signer's Name: _____
□ Corporate Officer – Title(s): _____
□ Partner -      □ Limited      □ General
□ Individual      □ Attorney in Fact
□ Trustee      □ Guardian or Conservator
□ Other _____
□ Signer is Representing _____

**Capacit(ies) Claimed by Signer(s)**
Signer's Name: _____
□ Corporate Officer – Title(s): _____
□ Partner -      □ Limited      □ General
□ Individual      □ Attorney in Fact
□ Trustee      □ Guardian or Conservator
□ Other _____
□ Signer is Representing _____



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

## STATE OF CALIFORNIA

### *DAVID HOWARD KWASNIEWSKI*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that DAVID HOWARD KWASNIEWSKI, #281985, was on the 13th day of January 2012, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 14th day of July 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
*T. Ma, Deputy Clerk*