GABRIEL T. BLUESTONE (*Pro Hac Vice*)
gtb@bluestonelaw.com
M. ZACHARY BLUESTONE (*Pro Hac Vice*)
mzb@bluestonelaw.com
BLUESTONE LAW, LTD.
1717 K Street NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 655-2250

JOHN C. BOYDEN (Nevada State Bar No. 3917)
jboyden@etsreno.com
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
Reno, Nevada 89505
Telephone: (775) 786-3930

*Attorneys for Plaintiff Türkiye Ihracat Kredi Bankasi A.Ş.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TURKIYE IHRACAT KREDI BANKASI, A.S., <br><br> Plaintiff, <br><br> vs. <br><br> NATURE'S BAKERY, LLC F/K/A BELLA FOUR BAKERY, INC., <br><br> Defendant/Third Party Plaintiff/Counterclaim Defendant, <br><br> vs. <br><br> INTRANSIA, LLC, <br><br> Third Party Defendant/ Counterclaim Plaintiff. | Case No. 3:20-cv-00330-LRH-CLB <br><br> **SUPPLEMENTAL JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

The above-named parties, by and through their respective counsel of record, hereby submit this Supplemental Discovery Plan and Scheduling Order pursuant to the Joint Discovery Plan and Scheduling Order issued by the Court on September 28, 2020. ECF No. 39.

**1.      Court Conferences**

  **a.      Proposed Schedule:**

    i.      <u>Settlement Conference</u>: After confirming the Court's availability, the Parties propose that a Settlement Conference be held on December 17, 2020 at **10:00 a.m.**

    ii.     <u>Case Management Conference</u>: After confirming the Court's availability, the Parties propose that a Case Management Conference be held on February 4, 2021 at 9:00 a.m.

Dated this 30th day of September, 2020.

DICKINSON WRIGHT PLLC

/s/ Justin J. Bustos
JUSTIN J. BUSTOS
Nevada Bar No. 10320
BROOKS T. WESTERGARD
Nevada Bar No. 14300
100 W. Liberty St., Ste. 940
Reno, NV 89501
(775) 343–7500
(844) 670-6009
jbustos@dickinson-wright.com
bwestergard@dickinson-wright.com

BRAUNHAGEY & BORDEN LLP
ANDREW LEVINE
*(pro hac vice forthcoming )*
MATTHEW BORDEN
*(pro hac vice forthcoming)*
DAVID KWASNIEWSKI
*(pro hac vice forthcoming)*
351 California Street, 10th Floor
San Francisco, CA 94104
Levine@braunhagey.com
borden@braunhagey.com
Kwasniewski@braunhagey.com
Tel: (415) 599-0210

*Attorneys for Defendant Nature's Bakery, LLC*

Dated this 30th day of September, 2020.

BLUESTONE LAW, LTD.

/s/ Gabriel T. Bluestone
GABRIEL T. BLUESTONE *(pro hac vice)*
M. ZACHARY BLUESTONE *(pro hac vice)*
1717 K Street NW, Suite 900
Washington, D.C. 20006
(202) 655-2250
gtb@bluestonelaw.com
mzb@bluestonelaw.com

*Attorneys for Plaintiff Turkiye Ihracat Kredi Bankasi, A.S.*

Dated this 30th day of September, 2020.

**HUMPHREY LAW PLLC**

/s/ Patrick O'Rourke
L. Edward Humphrey, Esq. - NSB 9066
Patrick O'Rourke, Esq. - NSB 13557
201 W. Liberty Street, Suite 350
Reno, Nevada 89501
Tel: (775) 420-3500
ed@hlawnv.com
patrick@hlawnv.com

*Attorneys for Intransia LLC*

***

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 30, 2020

## CERTIFICATE OF SERVICE

I certify that on this date, pursuant to Federal Rule of Civil Procedure 5(b), I am serving a true and correct copy of the attached **SUPPLEMENTAL DISCOVERY PLAN AND SCHEDULING ORDER** on the parties as set forth below:

  **XXX**  CM/ECF Electronic Notification addressed as follows:

DICKINSON WRIGHT PLLC
JUSTIN J. BUSTOS
BROOKS T. WESTERGARD
100 W. Liberty St., Ste. 940
Reno, NV 89501
jbustos@dickinson-wright.com
bwestergard@dickinson-wright.com

BRAUNHAGEY & BORDEN LLP
ANDREW LEVINE
MATTHEW BORDEN
DAVID KWASNIEWSKI
351 California Street, 10th Floor
San Francisco, CA 94104
Levine@braunhagey.com
borden@braunhagey.com
Kwasniewski@braunhagey.com

HUMPRHEY LAW PLLC
L. EDWARD HUMPHREY, ESQ.
PATRICK O'ROURKE, ESQ.
201 W. Liberty Street, Suite 350
Reno, Nevada 89501
ed@hlawnv.com
patrick@hlawnv.com

DATED this 30th day of September, 2020.

       /s/ Gabriel T. Bluestone
        Gabriel T. Bluestone