**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TURKIYE IHRACAT KREDI BANKASI, A.S., <br><br> Plaintiff, <br><br> vs. <br><br> NATURE'S BAKERY, LLC F/K/A BELLA FOUR BAKERY, INC., <br><br> Defendant/Third Party Plaintiff/Counterclaim Defendant, <br><br> vs. <br><br> INTRANSIA, LLC, <br><br> Third Party Defendant/ Counterclaim Plaintiff/Rule 14(a) Claimant. | Case No. 3:20-cv-00330-LRH-EJY <br><br> **JOINT STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE ON PLAINTIFF'S SUMMARY JUDGMENT MOTION** <br><br> **(FIRST REQUEST)** |

/ / /

/ / /

/ / /

/ / /

1

Pursuant to LR 6-1, Plaintiff/Rule 14(a) Claim Defendant Türkiye Ihracat Kredi Bankasi A.Ş. ("Turk Eximbank"), Defendant/Third Party Plaintiff/Counterclaim Defendant Nature's Bakery, LLC ("Nature's Bakery"), and Third Party Defendant/Counterclaim Plaintiff/Rule 14(a) Claimant Intransia, LLC ("Intransia"), by and through their respective attorneys of records, hereby stipulate and move the Court to extend the opposition and reply briefing schedule for Plaintiff Turk Eximbank's summary judgment motion (ECF No. 71), filed on June 14, 2021, as follows:

1. Defendant Nature's Bakery and Third Party Intransia shall have up to and including July 20, 2021 to file opposition responses to Plaintiff Turk Eximbank's summary judgment motion (ECF No. 71).

2. Plaintiff Turk Eximbank shall have up to and including August 19, 2021 to file replies in response to the opposition responses.

3. This is the first stipulation for extending the briefing schedule for Plaintiff's summary judgment motion.

4. This stipulation is sought in good faith and not for purposes of delay as Plaintiff's counsel is getting married in July and will be taking vacation during the currently scheduled briefing period.

Dated this 29th day of June, 2021.

| DICKINSON WRIGHT PLLC | BLUESTONE, P.C. |
|---|---|
| /s/ Justin J. Bustos <br> JUSTIN J. BUSTOS <br> Nevada Bar No. 10320 <br> BROOKS T. WESTERGARD <br> Nevada Bar No. 14300 <br> 100 W. Liberty St., Ste. 940 <br> Reno, NV 89501 <br> (775) 343–7500 <br> (844) 670-6009 <br> jbustos@dickinson-wright.com <br> bwestergard@dickinson-wright.com | /s/ Gabriel T. Bluestone <br> GABRIEL T. BLUESTONE *(pro hac vice)* <br> M. ZACHARY BLUESTONE *(pro hac vice)* <br> 1717 K Street NW, Suite 900 <br> Washington, D.C. 20006 <br> (202) 655-2250 <br> gtb@bluestonelaw.com <br> mzb@bluestonelaw.com <br><br> *Attorneys for Plaintiff Turkiye Ihracat Kredi Bankasi, A.S.* |
| BRAUNHAGEY & BORDEN LLP <br> ANDREW LEVINE <br> DAVID KWASNIEWSKI <br> 351 California Street, 10th Floor <br> San Francisco, CA 94104 <br> Levine@braunhagey.com | HUMPHREY LAW PLLC <br><br> /s/ Patrick O'Rourke <br> L. Edward Humphrey, Esq. - NSB 9066 <br> Patrick O'Rourke, Esq. - NSB 13557 <br> 201 W. Liberty Street, Suite 350 |

2

| | | |
|---|---|---|
| 1 | borden@braunhagey.com<br>Kwasniewski@braunhagey.com | Reno, Nevada 89501<br>Tel:  (775) 420-3500 |
| 2 | Tel: (415) 599-0210 | ed@hlawnv.com<br>patrick@hlawnv.com |
| 3 | *Attorneys for Defendant Nature's Bakery, LLC* | |
| | | *Attorneys for Intransia LLC* |

\*\*\*

**IT IS SO ORDERED**:

DATED this 30th of June, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE