# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TURKIYE IHRACAT KREDI BANKASI, A.S.,<br><br>Plaintiff,<br><br>vs.<br><br>NATURE'S BAKERY, LLC F/K/A BELLA FOUR BAKERY, INC.,<br><br>Defendant/Third Party Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>INTRANSIA, LLC,<br><br>Third Party Defendant/ Counterclaim Plaintiff/Rule 14(a) Claimant. | Case No. 3:20-cv-00330-LRH-EJY<br><br>**JOINT STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE ON THIRD-PARTY PLAINTIFF'S SUMMARY JUDGMENT MOTION**<br><br>**(FIRST REQUEST)** |

///

1

Pursuant to LR 6-1, Defendant Nature's Bakery, LLC ("Nature's Bakery") and Third Party Plaintiff Intransia, LLC ("Intransia"), by and through their respective attorneys of records, hereby stipulate and move the Court to extend the opposition and reply briefing schedule for Intransia's summary judgment motion (ECF No. 72), filed on June 15, 2021, as follows:

1. Nature's Bakery shall have up to and including July 20, 2021 to file its opposition;
2. Intransia shall have up to and including August 19, 2021 to file its reply;
3. This is the first stipulation for extending the briefing schedule and is sought in good faith due to accommodate the parties' schedules.

Dated this 1st day of July 2021.

DICKINSON WRIGHT PLLC

/s/ Justin J. Bustos
JUSTIN J. BUSTOS
Nevada Bar No. 10320
100 W. Liberty St., Ste. 940
Reno, NV 89501
(775) 343-7500
(844) 670-6009
jbustos@dickinson-wright.com

BRAUNHAGEY & BORDEN LLP
ANDREW LEVINE
DAVID KWASNIEWSKI
351 California Street, 10th Floor
San Francisco, CA 94104
Levine@braunhagey.com
borden@braunhagey.com
Kwasniewski@braunhagey.com
Tel: (415) 599-0210

*Attorneys for Defendant Nature's Bakery, LLC*

HUMPHREY LAW PLLC

/s/ Patrick O'Rourke
L. Edward Humphrey, Esq. - NSB 9066
Patrick O'Rourke, Esq. - NSB 13557
201 W. Liberty Street, Suite 350
Reno, Nevada 89501
Tel: (775) 420-3500
ed@hlawnv.com
patrick@hlawnv.com

*Attorneys for Intransia LLC*

***

**IT IS SO ORDERED**:

DATED this 2nd day of July, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2