# EXHIBIT 1

**[DECLARATION OF JOSEPH V. MARSHALL IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS]**

# EXHIBIT 1

DocuSign Envelope ID: 2ACA5616-3BFD-425D-BD2B-2F04EEA9394C

DICKINSON WRIGHT PLLC
JUSTIN J. BUSTOS
Nevada Bar No. 10320
BROOKS T. WESTERGARD
Nevada Bar No. 14300
100 W. Liberty St., Ste. 940
Reno, NV 89501
(775) 343–7500
(844) 670-6009
Email: jbustos@dickinson-wright.com
Email: bwestergard@dickinson-wright.com

(Additional counsel listed on signature page)

*Attorneys for Defendant Nature's Bakery, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TURKIYE IHRACAT KREDI BANKASI, A.S.,<br><br>Plaintiff,<br><br>vs.<br><br>NATURE'S BAKERY, LLC F/K/A BELLA FOUR BAKERY, INC.,<br><br>Defendant.<br><br>NATURE'S BAKERY, LLC,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>INTRANSIA, LLC,<br><br>Third-Party Defendants.<br><br>INTRANSIA, LLC,<br><br>Counterclaimant, | Case No. 3:20-cv-00330-LRH-CLB<br><br>**DECLARATION OF JOSEPH V. MARSHALL IN SUPPORT OF NATURE'S BAKERY'S MOTION FOR SANCTIONS** |

vs.

NATURE'S BAKERY, LLC F/K/A BELLA FOUR BAKERY, INC.,

Counterdefendant.

DocuSign Envelope ID: 2ACA5616-3BFD-425D-BD2B-2F04FEA9394C

I, Joseph V. Marshall, declare:

1. I am the former Chief Financial Officer of Nature's Bakery, LLC f/k/a Bella Four Bakery, Inc., defendant and third-party plaintiff in this action. I held that position from 2015 through 2021. I make this Declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. In 2015, Nature's Bakery contracted with Elmas Dis Ticaret A.S. ("Elmas"), a Turkish company, to purchase 5.6 million pounds of Turkish fig paste at a rate of $0.72 per pound, to be delivered at regular intervals throughout 2016 (the "Fig Paste Agreement"). Attached as Exhibit A hereto is a true and correct copy of the Fig Paste Agreement.

3. Beginning in May 2016, Elmas assigned certain of its invoices for these sales to Turk Eximbank, which the parties memorialized in six promissory notes.

4. In May-June of 2016, Elmas suddenly stopped shipping product to Nature's Bakery and stopped responding to communications. When Nature's Bakery attempted to pay Elmas for past deliveries via Turk Eximbank, it was told that Elmas's accounts were frozen and that it had gone out of business.

5. At that time, Elmas had only delivered approximately 3.9 million of the 5.6 million pounds of fig paste it had promised under the Fig Paste Agreement. Nature's Bakery therefore had to scramble to find substitute fig paste. Ultimately, it was forced to spend over $200,000 more for the substitute fig paste than it would have paid Elmas under the Fig Paste Agreement.

6. After months of silence, on August 16, 2016, Elmas resurfaced and contacted Nature's Bakery, claiming it was back in business and could resume shipping fig paste. Nature's Bakery declined this offer.

7. Nature's Bakery has paid some of the outstanding Invoices for product Elmas delivered in the first part of 2016, including by sending payment, at Elmas's direction, to third-parties to whom Elmas owed debts.

1
2       I declare under penalty of perjury under the laws of the State of Nevada that the foregoing
3 is true and correct.
4
5 Dated: July 20, 2021                                             By:  *Joe Marshall* (DocuSigned by: 31C99E383B3D482...)

                                                                                      Joseph V. Marshall

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

# FIG PASTE AGREEMENT

# EXHIBIT A



23 November 2015

## SALES CONTRACT

**SELLER** : ELMAS DIS TICARET A.S
**Address** : Turanlar Cad No: 41, 09700, Germencik / Aydin, TURKEY

**BUYER** : BELLA FOUR BAKERY
**Address** : 9460 Double R Blvd. Suite 200 Reno, NV 89521, USA

**Product** : Turkish Dried Fig Paste
**Delivery Terms** : DDP Missouri & DDP Reno
**Payment Terms** : 60 days after B/L date via Exim Bank

| Item | Description | Purchase Price Per Lb (USD / lb) | Total Net Weight (lbs) |
|---|---|---|---|
| 1 | TURKISH DRIED FIG PASTE | $ 0,72 /lb delivered to Missouri in 40' DRY<br>$ 0,72 /lb delivered to Reno in 40' DRY | 5.580.000 lbs |

**PACKING DETAILS:**
Type of Packing : 40 lbs carton
Type of Container : 40' DRY & 20 pallets per container
Number of cartons per container : 1000 cartons

Upon request from the buyer party the reefer container will be applicable due to weather conditions. In this case the extra reefer container cost will be added.

**SELLER**

ELMAS DIS TICARET AS

**BUYER**  Jon M Njeyon  12/11/15

BELLA FOUR BAKERY

ELMAS DIS TICARET ANONIM SIRKETI
Mesudiye Mah. Turanlar Koyu Yolu Uzeri 09700 Germencik Aydın / TURKIYE
Phone: +90 256 563 38 98 pbx   Fax: +90 256 563 43 18 E-mail: info@elmasfood.com

Joe Marshall (Nature's Bakery)
Exhibit_2
5/7/2021

Turk Eximbank 000225



BUYER:

BELLA FOUR BAKERY

9460 Double R Blvd. Suite 200 Reno, NV 89521

08.07.2015

## SALES CONTRACT

Delivery Terms : DDP Hazelwood Missouri & DDP Reno Nevada
Payment Terms : 60 days after B/L date via Exim Bank
Effective Date of Agreement: 08.07.2015
End Date of Agreement: 31.01.2015

|   | Product: | Purchase Price Per Lb: | Total Net Weight |
|---|---|---|---|
|   |   | ( usd/lb ) | ( lbs ): |
| 1 | Fig Paste | $ 0,83 /lb delivered to Missouri in 40' DRY<br>$ 0,86 /lb delivered to Reno in 40' DRY | 3.000.000 |

PACKING DETAILS:
Type of Packing  : 40 lbs carton
Type of container : 40' DRY & 24 pallets per container
Number of cartons per container: 1000 cartons

DELIVERY SCHEDULE:
Delivery from September 2015 through 31 January 2015.

**ELMAS DIS TICARET ANONIM SIRKETI**
Mesudiye Mah. Turanlar Koyu Yolu Uzeri 09700 Germencik Aydın / TURKIYE
Phone: +90 256 563 38 98 pbx    Fax: +90 256 563 43 18 E-mail: info@elmasfood.com