1   GABRIEL T. BLUESTONE (*Pro Hac Vice*)
    gtb@bluestonelaw.com
2   M. ZACHARY BLUESTONE (*Pro Hac Vice*)
    mzb@bluestonelaw.com
3   BLUESTONE, P.C.
    1717 K Street NW, Suite 900
4   Washington, D.C. 20006
    Telephone: (202) 655-2250
5
    JOHN C. BOYDEN (Nevada State Bar No. 3917)
6   jboyden@etsreno.com
    ERICKSON, THORPE & SWAINSTON, LTD.
7   99 West Arroyo Street
    Reno, Nevada 89505
8   Telephone: (775) 786-3930

9   *Attorneys for Plaintiff Türkiye Ihracat Kredi Bankasi A.Ş.*

10                    **UNITED STATES DISTRICT COURT**

11                         **DISTRICT OF NEVADA**

12

13   TURKIYE IHRACAT KREDI BANKASI,          Case No. 3:20-cv-00330-LRH-EJY
     A.S.,
14
                          Plaintiff,          **JOINT STIPULATION AND**
15                                            **ORDER EXTENDING THE**
     vs.                                      **BRIEFING SCHEDULE ON**
16                                            **DEFENDANT'S MOTION FOR**
     NATURE'S BAKERY, LLC F/K/A BELLA         **SANCTIONS**
17   FOUR BAKERY, INC.,

18                          Defendant/Third Party
                            Plaintiff/Counterclaim      **(FIRST REQUEST)**
19                          Defendant,

20   vs.

21   INTRANSIA, LLC,

22                          Third Party Defendant/
                            Counterclaim
23                          Plaintiff/Rule 14(a)
                            Claimant.
24

25   / / /

26   / / /

27   / / /

28   / / /

                                    1

Pursuant to LR 6-1, Plaintiff/Rule 14(a) Claim Defendant Türkiye Ihracat Kredi Bankasi A.Ş. ("Turk Eximbank") and Defendant/Third Party Plaintiff/Counterclaim Defendant Nature's Bakery, LLC ("Nature's Bakery"), by and through their respective attorneys of records, hereby stipulate and move the Court to extend the opposition deadline for Nature's Bakery's motion for sanctions against Plaintiff (ECF No. 81), filed on July 20, 2021, as follows:

1.      Plaintiff Turk Eximbank shall have up to and including August 19, 2021 to file its opposition to the motion for sanctions.

2.      Nature's Bakery shall have up to and including September 2, 2021, to file its reply brief in support of the motion for sanctions.

3.      This is the first stipulation for extending the briefing schedule for the sanctions motion and is sought in good faith and not for purposes of delay to accommodate scheduling issues.

4.      Defendant notes that the sanctions motion raises issues that bear on Plaintiff's pending summary judgment motion.

///
///
///
///
///
///
///
///
///
///
///
///
///

5.      With this stipulation and pursuant to the Court's August 2, 2021 Minute Order (ECF No. 86), Plaintiff withdraws the Motion to Extend (ECF No. 85).

Dated this 3rd day of August, 2021.

DICKINSON WRIGHT PLLC

/s/ Justin J. Bustos
JUSTIN J. BUSTOS
Nevada Bar No. 10320
BROOKS T. WESTERGARD
Nevada Bar No. 14300
100 W. Liberty St., Ste. 940
Reno, NV 89501
(775) 343–7500
(844) 670-6009
jbustos@dickinson-wright.com
bwestergard@dickinson-wright.com

BRAUNHAGEY & BORDEN LLP
ANDREW LEVINE
DAVID KWASNIEWSKI
351 California Street, 10th Floor
San Francisco, CA 94104
Levine@braunhagey.com
Kwasniewski@braunhagey.com
Tel: (415) 599-0210

*Attorneys for Defendant Nature's Bakery, LLC*

BLUESTONE, P.C.

/s/ Gabriel T. Bluestone
GABRIEL T. BLUESTONE *(pro hac vice)*
M. ZACHARY BLUESTONE *(pro hac vice)*
1717 K Street NW, Suite 900
Washington, D.C. 20006
(202) 655-2250
gtb@bluestonelaw.com
mzb@bluestonelaw.com

*Attorneys for Plaintiff Turkiye Ihracat Kredi Bankasi, A.S.*

***

**IT IS SO ORDERED**:

UNITED STATES MAGISTRATE JUDGE

DATED:  August 4, 2021