UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TURKIEY IHRACAT KREDI BANKASI, A.S.,<br><br>    Plaintiff,<br><br>    v.<br><br>NATURE'S BAKERY, LLC f/k/a BELLA FOUR BAKERY, INC.,<br><br>    Defendant. | Case No. 3:20-cv-00330-LRH-EJY<br><br><br><br>**ORDER** |
| NATURE'S BAKERY, LLC f/k/a BELLA FOUR BAKERY, INC.,<br><br>    Third Party Plaintiff,<br><br>    v.<br><br>INTRANSIA LLC,<br><br>    Third Party Defendant. | |
| INTRANSIA LLC,<br><br>    Counterclaimant,<br><br>    v.<br><br>NATURE'S BAKERY, LLC f/k/a BELLA FOUR BAKERY, INC., and DOES I-X, inclusive,<br><br>    Counterdefendants. | |
| INTRANSIA LLC,<br><br>    Cross Claimant,<br><br>    v.<br><br>TURKIYE IHRACAT KREDI BANKASI, A.S., and DOES XI-XX, inclusive,<br><br>    Cross Defendants. | |

    Pending before the Court is Nature's Bakery, LLC's Motion for Extension of Time to File its Reply Brief in Support of the Motion for Sanctions (Second Request). ECF No. 92. In its Motion,

1

Nature's Bakery recognizes that it is seeking a second one-week extension to file its Reply. *Id*. at 2. The Motion, however, does not explain what "other professional obligations" Nature's Bakery's lead counsel is facing preventing the timely filing of its Reply. *Id*. at 2-3. Plaintiff filed its Response on September 6. ECF No. 94. Plaintiff argues that Nature's Bakery's failure to offer any support for the second requested extension, especially when other counsel for Nature's Bakery are available to draft the Reply, establishes an insufficient basis to grant the requested extension.

The Court recognizes that Nature's Bakery did not provide information sufficient for Plaintiff to understand and consider the reason for the additional requested extension, which ordinarily should be provided especially when multiple attorneys are involved on behalf of a client, one of whom—not lead counsel—drafted prior pleadings. However, given the very brief extension request, the Court will not deny the request. The Court cautions counsel for all parties, including Nature's Bakery, that more transparent bases for requested extensions are highly advised.

Accordingly, IT IS HEREBY ORDERED that Nature's Bakery, LLC's Motion for Extension of Time to File its Reply Brief in Support of the Motion for Sanctions (Second Request) (ECF No. 92) is GRANTED.

Dated this 7th day of September, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE