# EXHIBIT 2

**Declaration of Justin J. Bustos in Support of Nature's Bakery's Application for Fees Pursuant to ECF No. 104**

# EXHIBIT 2

**DICKINSON WRIGHT PLLC**
JUSTIN J. BUSTOS
Nevada Bar No. 10320
BROOKS T. WESTERGARD
Nevada Bar No. 14300
100 W. Liberty St., Ste. 940
Reno, NV 89501
(775) 343–7500
(844) 670-6009
Email: jbustos@dickinson-wright.com
Email: bwestergard@dickinson-wright.com

*Attorneys for Defendant Nature's Bakery, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TURKIYE IHRACAT KREDI BANKASI, A.S.,<br><br>Plaintiff,<br><br>vs.<br><br>NATURE'S BAKERY, LLC F/K/A BELLA FOUR BAKERY, INC.,<br><br>Defendant. | Case No. 3:20-cv-00330-LRH-CLB<br><br>**DECLARATION OF JUSTIN J. BUSTOS IN SUPPORT OF NATURE'S BAKERY'S APPLICATION FOR FEES PURSUANT TO ECF NO. 104** |
| NATURE'S BAKERY, LLC,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>INTRANSIA, LLC,<br><br>Third-Party Defendants. | |
| INTRANSIA, LLC,<br><br>Counterclaimant,<br><br>vs. | |

Page 1

| | |
|---|---|
| NATURE'S BAKERY, LLC F/K/A BELLA FOUR BAKERY, INC., | |
| Counterdefendant. | |

I, Justin J. Bustos, declare:

1. I am an attorney with the law firm of Dickinson Wright PLLC, which represents Defendant Nature's Bakery, LLC as Nevada counsel in the above-captioned action.

2. I submit this Declaration pursuant to the Court's October 29, 2021, Order (ECF No. 104) finding that Plaintiff engaged in discovery misconduct and awarding Nature's Bakery the fees and costs it incurred as a result.

3. Attached to this Declaration as **Exhibit A** are true and correct copies of Dickinson Wright PLLC's redacted invoices describing the work that occurred in connection with this matter.

4. Dickinson Wright PLLC is a sophisticated national law firm, and the Nevada office has wide-reaching experience in handling all types of litigation, particularly business and contract litigation.

5. I am a Member in Dickinson Wright's Reno Office. I graduated from the University of Michigan Law School in 2004. After graduation, I served as a judicial clerk for the Honorable Larry R. Hicks, United States District Judge, District of Nevada. I have extensive experience assisting clients at both the trial court and the appellate level in all aspects of business disputes, including contract disputes, business fraud, torts, class action lawsuits and intellectual property. I have successfully litigated numerous complex issues in front of, *inter alia*, the Second Judicial District Court, the Eighth Judicial District Court, the Federal District Court for the District of Nevada, the Ninth Circuit Court of Appeals, and the Nevada Supreme Court.

6. I have received perennial recognition in numerous publications, including Mountain State Super Lawyers and Nevada Legal Elite.

7. Melinda K. Poehlman is a paralegal in Dickinson Wright's Reno office and has extensive experienced assisting counsel in connection with federal intellectual property lawsuits.

Page 2

8. During the relevant period, I charged an hourly rate of $420.00 an hour, which is less than my standard hourly rate of $480 an hour. The rate charged in this matter is on the lower end of the rates charged by legal professionals in Washoe County with comparable experience and expertise.

9. I spent 8.3 hours in connection with the Motion for Sanctions for a total of $3,486.00.

10. I also spent 3.0 hours in connection with the Motion to Strike in this matter for a total of $1,260.00.

11. Ms. Poehlman spent 2.5 hours in connection with this matter for a total of $375.00.

12. In addition, I spent 1.3 hours in connection with Nature's Bakery's Application for Fees for a total of $546.00.

13. The time spent by Dickinson Wright on this matter was both necessary and reasonable. This fees incurred in this matter were necessary and actually incurred by Nature's Bakery.

14. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2021          By:   /s/ Justin J. Bustos
                                         Justin J. Bustos

# EXHIBIT A

**DICKINSON WRIGHT PLLC's REDACTED INVOICES**

# EXHIBIT A

IN ACCOUNT WITH



100 WEST LIBERTY STREET, SUITE 940
RENO, NV 89501-1991
TELEPHONE: (775) 343-7500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

INVOICE DATE: AUGUST 6, 2021
INVOICE NO.: 1605383

NATURE'S BAKERY, LLC
425 MAESTRO DRIVE
SUITE 101
RENO, NV 89511-2256

ATTN:   Tom Gentle

CLIENT/MATTER NO.: 093485-00001

RE: COMMERCIAL LITIGATION



IN ACCOUNT WITH



100 WEST LIBERTY STREET, SUITE 940
RENO, NV 89501-1991
TELEPHONE: (775) 343-7500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

COMMERCIAL LITIGATION
CLIENT/MATTER NO.:093485-00001

INVOICE DATE:  AUGUST 6, 2021
INVOICE NO.:  1605383
PAGE 2

**CURRENT INVOICE DETAIL**

| Date | Description | Role | Initials | Hours @ Rate | Amount |
|---|---|---|---|---|---|
| 07/20/21 | Review and edit draft Motion for Sanctions. | Member | JQB | 0.8 @ 420.00 | 336.00 |
| 07/20/21 | Revise, finalize and file Opposition to Intransia's Motion for Summary Judgment (1), Opposition to Plaintiff's Motion for Summary Judgment (1) and Motion for Sanctions (1). | Member | JQB | 3.0 @ 420.00 | 1,260.00 |
| 07/21/21 | Review filed-stamped versions of Opposition to Plaintiff's Motion for Summary Judgment, Opposition to Intransia's Motion for Summary Judgment, and Motion for Sanctions. | Member | JQB | 0.4 @ 420.00 | 168.00 |
| 07/28/21 | Confer with David Kwasniewski regarding [redacted] | Member | JQB | 0.1 @ 420.00 | 42.00 |

IN ACCOUNT WITH



100 WEST LIBERTY STREET, SUITE 940
RENO, NV 89501-1991
TELEPHONE: (775) 343-7500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

INVOICE DATE:  SEPTEMBER 11, 2021
INVOICE NO.:  1616894

NATURE'S BAKERY, LLC
425 MAESTRO DRIVE
SUITE 101
RENO, NV 89511-2256

ATTN:   Tom Gentle

CLIENT/MATTER NO.: 093485-00001

RE: COMMERCIAL LITIGATION





IN ACCOUNT WITH

**DICKINSON WRIGHT PLLC**

100 WEST LIBERTY STREET, SUITE 940
RENO, NV 89501-1991
TELEPHONE: (775) 343-7500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

COMMERCIAL LITIGATION
CLIENT/MATTER NO.:093485-00001

INVOICE DATE: SEPTEMBER 11, 2021
INVOICE NO.: 1616894
PAGE 2

**CURRENT INVOICE DETAIL**

| DATE | SERVICES | HOURS/RATE | VALUE |
|---|---|---|---|
| 08/03/21 | E-mail correspondence with Gabe Bluestone regarding the briefing schedule on the Motion for Sanctions (.3); Revise and file Joint Stipulation Extending Briefing Schedule on Motion for Sanctions (.2). | | |
| | Member    JQB | 0.5 @ 420.00 | 210.00 |
| 08/19/21 | Review Plaintiff's Reply in support of Motion for Summary Judgment and Opposition to Motion for Sanctions (ECF No. 91). | | |
| | Member    JQB | 0.5 @ 420.00 | 210.00 |
| 08/25/21 | Phone call with David Kwasniewski and Andrew Levine to discuss ▮▮▮▮ | | |
| | Member    JQB | 0.5 @ 420.00 | 210.00 |
| 08/31/21 | E-mail correspondence with opposing counsel regarding request for extension of time to file Reply in support of the Motion for Sanctions. | | |
| | Member    JQB | 0.2 @ 420.00 | 84.00 |

IN ACCOUNT WITH



100 WEST LIBERTY STREET, SUITE 940
RENO, NV 89501-1991
TELEPHONE: (775) 343-7500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

INVOICE DATE:  OCTOBER 8, 2021
INVOICE NO.:  1624580

NATURE'S BAKERY, LLC
425 MAESTRO DRIVE
SUITE 101
RENO, NV 89511-2256

ATTN:   Tom Gentle

CLIENT/MATTER NO.: 093485-00001

RE: COMMERCIAL LITIGATION



IN ACCOUNT WITH



100 WEST LIBERTY STREET, SUITE 940
RENO, NV 89501-1991
TELEPHONE: (775) 343-7500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

COMMERCIAL LITIGATION
CLIENT/MATTER NO.:093485-00001

INVOICE DATE: OCTOBER 8, 2021
INVOICE NO.: 1624580
PAGE 2

### CURRENT INVOICE DETAIL

| DATE | SERVICES | HOURS/RATE | VALUE |
|---|---|---|---|
| 09/01/21 | Draft Motion for Extension of Time to file the Reply Brief in support of the Motion for Sanctions; Multiple e-mails with opposing counsel regarding same. | | |
| | Member       JQB | 1.7 @ 420.00 | 714.00 |
| 09/09/21 | Review Marshall Declaration and prepare Exhibits E and F to Sur-reply re Summary Judgment Motion; review, revise, and finalize Kwasniewski Declaration and prepare Exhibits C, D, and E to Reply re Motion for Sanctions; review, revise, and finalize Reply re Motion for Sanctions. | | |
| | IP Specialist    MKP | 2.5 @ 150.00 | 375.00 |
| 09/09/21 | Finalize and file Reply in Support of Motion for Sanctions. | | |
| | Member       JQB | 2.6 @ 420.00 | 1,092.00 |
| 09/10/21 | Review and edit draft Motion to Strike. | | |
| | Member       JQB | 0.5 @ 420.00 | 210.00 |
| 09/10/21 | Review and edit draft Sur-Reply (.7); E-mail correspondence with David Kwasniewski (.2). | | |
| | Member       JQB | 0.9 @ 420.00 | 378.00 |
| 09/13/21 | Draft and file Errata to Motion to Strike. | | |
| | Member       JQB | 0.4 @ 420.00 | 168.00 |
| 09/27/21 | Review Plaintiff's Opposition to Motion to Strike (ECF No. 99). | | |
| | Member       JQB | 0.4 @ 420.00 | 168.00 |
| 09/30/21 | Edit draft Reply in support of Motion to Strike. | | |
| | Member       JQB | 0.8 @ 420.00 | 336.00 |