GABRIEL T. BLUESTONE (*Pro Hac Vice*)
gtb@bluestonelaw.com
M. ZACHARY BLUESTONE (*Pro Hac Vice*)
mzb@bluestonelaw.com
BLUESTONE LAW, LTD.
1717 K Street NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 655-2250

JOHN C. BOYDEN (Nevada State Bar No. 3917)
jboyden@etsreno.com
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
Reno, Nevada 89505
Telephone: (775) 786-3930

*Attorneys for Plaintiff Türkiye Ihracat Kredi Bankasi A.Ş.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TURKIYE IHRACAT KREDI BANKASI, A.S.,<br><br>Plaintiff,<br><br>vs.<br><br>NATURE'S BAKERY, LLC F/K/A BELLA FOUR BAKERY, INC.,<br><br>Defendant/Third Party Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>INTRANSIA, LLC,<br><br>Third Party Defendant/ Counterclaim Plaintiff/Rule 14(a) Claimant. | Case No. 3:20-cv-00330-MMD-EJY<br><br>**JOINT STIPULATION AND ORDER EXTENDING PLAINTIFF'S OPPOSITION DEADLINE TO RESPOND TO DEFENDANT'S APPLICATION FOR FEES**<br><br>**(FIRST REQUEST)** |

1

Pursuant to LR 6-1, Plaintiff Türkiye Ihracat Kredi Bankasi A.Ş. ("Turk Eximbank") and Defendant Nature's Bakery, LLC ("Nature's Bakery"), by and through their respective attorneys of record, hereby stipulate and move the Court to extend the deadline for Plaintiff to oppose Defendant's Application for Fees Pursuant to ECF No. 104 (ECF No. 105), filed on November 12, 2021, as follows:

1. Pursuant to ECF No. 104, Plaintiff has a November 17, 2021 deadline to respond to the Defendant's fee application submitted on November 12, 2021;

2. Plaintiff shall have up to and including November 22, 2021 to file its opposition;

3. This is the first stipulation for extending the briefing schedule and is sought in good faith to accommodate the parties' schedules.

Dated this 17th day of November, 2021.

BRAUNHAGEY & BORDEN LLP

/s/ David Kwasniewski
DAVID KWASNIEWSKI
ANDREW LEVINE
351 California Street, 10th Floor
San Francisco, CA 94104
Levine@braunhagey.com
borden@braunhagey.com
Kwasniewski@braunhagey.com
Tel: (415) 599-0210

DICKINSON WRIGHT PLLC
JUSTIN J. BUSTOS
Nevada Bar No. 10320
BROOKS T. WESTERGARD
Nevada Bar No. 14300
100 W. Liberty St., Ste. 940
Reno, NV 89501
(775) 343–7500
(844) 670-6009
jbustos@dickinson-wright.com
bwestergard@dickinson-wright.com

*Attorneys for Defendant Nature's Bakery, LLC*

BLUESTONE, P.C.

/s/ Gabriel T. Bluestone
GABRIEL T. BLUESTONE *(pro hac vice)*
M. ZACHARY BLUESTONE *(pro hac vice)*
1717 K Street NW, Suite 900
Washington, D.C. 20006
(202) 655-2250
gtb@bluestonelaw.com
mzb@bluestonelaw.com

*Attorneys for Plaintiff Turkiye Ihracat Kredi Bankasi, A.S.*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated:  November 17, 2021**

2