1  L. Edward Humphrey, Esq. – NSB 9066
2  Patrick O'Rourke, Esq. – NSB 13557
   **HUMPHREY LAW PLLC**
3  201 West Liberty Street, Suite 350
   Reno, Nevada 89501
4  Tel:   (775) 420-3500
   Fax:   (775) 683-9917
5  ed@hlawnv.com
   patrick@hlawnv.com
6  *Attorneys for Rule 14(a) Cross-Claimant Intransia, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TURKIYE IHRACAT KREDI BANKASI, A.S., | Case No. 3:20-cv-00330-MMD-EJY |
| Plaintiff, | **JOINT STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE ON THIRD PARTY DEFENDANT INTRANSIA LLC'S MOTION FOR LEAVE TO AMEND SCHEDULING ORDER** |
| vs. | |
| NATURE'S BAKERY, LLC F/K/A BELLA FOUR BAKERY, INC., | |
| Defendant/Third Party Plaintiff/Counterclaim Defendant, | |
| vs. | **(FIRST REQUEST)** |
| INTRANSIA, LLC, | |
| Third Party Defendant/ Counterclaim Plaintiff/Rule 14(a) Claimant. | |

Pursuant to LR 6-1 Third-Party Plaintiff Intransia, LLC ("Intransia") and Defendant Nature's Bakery, LLC ("Nature's Bakery") by and through their respective attorneys of record, hereby stipulate and move the Court to extend the reply briefing schedule for Intransia's motion for leave to amend scheduling order (ECF No. 143), filed on September 9, 2022, as follows:

1

1. Third-Party Plaintiff Intransia shall have up to and including October 7, 2022, to file its Reply in support of the motion for leave to amend scheduling order;

2. This is the first stipulation for extending the briefing schedule for the motion for leave to amend scheduling order and is sought in good faith and not for the purposes of delay, to accommodate scheduling issues.

Dated this 27th day of September 2022.

| | |
|---|---|
| HUMPHREY LAW PLLC | DICKINSON WRIGHT PLLC |
| /s/ Patrick O'Rourke<br>PATRICK O'ROURKE, ESQ.<br>201 W. Liberty Street, Suite 350<br>Reno, Nevada 89501<br>(775) 420-3500<br>patrick@hlawnv.com<br><br>*Attorneys for Third-Party Rule 14(a) Claimant Intransia, LLC* | /s/ Justin J. Bustos<br>JUSTIN J. BUSTOS<br>Nevada Bar No. 10320<br>BROOKS T. WESTERGARD<br>Nevada Bar No. 14300<br>100 W. Liberty St., Ste. 940<br>Reno, NV 89501<br>(775) 343–7500<br>(844) 670-6009<br>jbustos@dickinson-wright.com<br>bwestergard@dickinson-wright<br><br>BRAUNHAGEY & BORDEN LLP<br>ANDREW LEVINE<br>DAVID KWASNIEWSKI<br>351 California Street, 10th Floor<br>San Francisco, CA 94104<br>Levine@braunhagey.com<br>Kwasniewski@braunhagey.com<br>Tel: (415) 599-0210<br><br>*Attorneys for Defendant Nature's Bakery, LLC* |

**IT IS SO ORDERED**:

UNITED STATES MAGISTRATE JUDGE

DATED: September 27, 2022

2