UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TURKIYE IHRACAT KREDI BANKASI, A.S.,<br><br>Plaintiff,<br><br>v.<br><br>NATURE'S BAKERY, LLC f/k/a BELLA FOUR BAKERY, INC.,<br><br>Defendant. | Case No. 3:20-cv-00330-MMD-EJY |
| NATURE'S BAKERY, LLC f/k/a BELLA FOUR BAKERY, INC.,<br><br>Third Party Plaintiff,<br><br>v.<br><br>INTRANSIA LLC,<br><br>Third Party Defendant. | **ORDER** |
| INTRANSIA LLC,<br><br>Counterclaimant,<br><br>v.<br><br>NATURE'S BAKERY, LLC f/k/a BELLA FOUR BAKERY, INC., and DOES I-X, inclusive,<br><br>Counterdefendants. | |

Pending before the Court is Defendant and Thirty Party Plaintiff Nature's Bakery's Motion for Extension of Time to File Joint Pretrial Order. ECF No. 149. The Motion was filed on November 10, 2022. No response was timely received by the Court.

In accordance with U.S. District Court for the District of Nevada Local Rule 7-2(d), the Court treats Intransia's failure to respond to the pending Motion as consent to granting the Motion.

IT IS HEREBY ORDERED that the due date for the proposed Joint Pretrial Order ("JPO") is extended to **December 12, 2022.** No further extensions will be granted absent evidence of

1

ongoing substantive settlement discussion or demonstration of substantial progress toward the completion of the proposed JPO.

DATED this 29th day of November, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE