L. Edward Humphrey, Esq. – NSB 9066
Patrick O'Rourke, Esq. – NSB 13557
**HUMPHREY O'ROURKE PLLC**
201 West Liberty Street, Suite 350
Reno, Nevada 89501
Tel:   (775) 420-3500
Fax:   (775) 683-9917
ed@hlawnv.com
patrick@hlawnv.com
*Attorneys for Third-Party Defendant
and Counterclaimint Intransia, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TURKIYE IHRACAT KREDI BANKASI, A.S.,<br><br>         Plaintiff,<br><br>vs.<br><br>NATURE'S BAKERY, LLC F/K/A BELLA FOUR BAKERY, INC.,<br><br>         Defendant/Third Party Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>INTRANSIA, LLC,<br><br>         Third Party Defendant/ Counterclaim Plaintiff/Rule 14(a) Claimant. | Case No. 3:20-cv-00330-MMD-EJY<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

      Third-Party Plaintiff and Counterclaim Defendant Nature's Bakery, LLC ("Nature's Bakery") and Third-Party Defendant and Counterclaimant Intransia, LLC ("Intransia") have entered into a confidential Settlement Agreement providing for the settlement and release of all claims made by Natures's Bakery and Intransia. The Settlement Agreement provides, as a material

1

1 | term, that the Court shall retain jurisdiction to enforce the Settlement Agreement or decide any
2 | claim for breach of the Settlement Agreement.
3 |       THEREFORE, it is hereby stipulated and agreed, by and between the undersigned counsel,
4 | and subject to the approval of the Court as follows:
5 |       1.    Intransia's Counterclaims against Nature's Bakery are dismissed pursuant to Rule
6 | 41(a)(2) of the Federal Rules of Civil Procedure, with prejudice and without fees or costs to
7 | either of the Parties;
8 |       2.    Nature's Bakery's Third-Party Claims against Intransia are dismissed pursuant to
9 | Rule 41(a)(2) of the Federal Rules of Civil Procedure, with prejudice and without fees or costs to
10 | either of the Parties;
11 | ///
12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 |
28 |

3. No other claims remain pending in this litigation and this matter shall be dismissed, however this Court shall retain jurisdiction for the limited purposes of enforcing the Settlement Agreement and deciding any claim of breach of the Settlement Agreement;

Dated: January 31, 2023

**HUMPHREY O'ROURKE PLLC**

By: /S/ Patrick O'Rourke
Patrick O'Rourke, Esq., NSBN 13557
201 W. LIBERTY STREET, SUITE 350
RENO, NEVADA 89501
Tel: (775) 420-3500
Fax: (775) 683-9917
patrick@hlawnv.com
*Attorney for Intransia, LLC*

**DICKINSON WRIGHT PLLC**

By: /S/ Justin J. Bustos
Justin J. Bustos, Esq., NSBN 10320
100 W. Liberty St., Ste. 940,
Post Office Box 1900
Reno, Nevada 89501
Tel: (775) 343-7500
Fax: (844) 670-6009
jbustos@dickinson-wright.com

**BRAUNHAGEY & BORDEN LLP**
ANDREW LEVINE *(pro hac vice)*
DAVID KWASNIEWSKI *(pro hac vice)*
351 California Street, 10th Floor
San Francisco, CA 94104
Levine@braunhagey.com
Kwasniewski@braunhagey.com
Tel: (415) 599-0210
*Attorneys for Nature's Bakery, LLC*

\*\*\*

**IT IS SO ORDERED.**

_____

MIRANDA M. DU

CHIEF UNITED STATES DISTRICT COURT JUDGE

DATED THIS 1st Day of February 2023.